**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00700-LTB-CBS

MELANIE BOATWRIGHT,

    Plaintiff,

v.

NELSON WATSON & ASSOCIATES, LLC, a Massachusetts limited liability company,

    Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 3 - filed April 25, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED:   April 18, 2011